IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KRISTINA LEE KELLEY, Individually
and as Personal Administrator for the
ESTATE OF CAITLIN KELLEY FUCHS;
CASI RIGGS AND COURTNEY FUCHS**          **PLAINTIFF**

**V.**                     **NO: 4:09CV000894 JMM**

**HYUNDAI MOTOR COMPANY;
HYUNDAI MOTOR AMERICA, INC;
and JOHN DOES 3 - 10**                   **DEFENDANTS**

## ORDER

Pending is Defendant's motion for leave to file a Third-Party Complaint. (Docket # 21). Plaintiff has filed a response and Defendant has filed a reply. For good cause shown, and in the interest of justice, Defendant's motion is GRANTED. Defendant may file its Third-Party Complaint within five (5) days of the entry of this order.

IT IS SO ORDERED this 19th day of November, 2010.

James M. Moody
United States District Judge