IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KRISTINA LEE KELLEY, et al					PLAINTIFFS

Vs.			CASE NO.   4:09cv00894 JMM

HYUNDAI MOTOR COMPANY, et al				DEFENDANTS
								THIRD-PARTY PLAINTIFF

Vs.

JOSEPH GERKE					THIRD-PARTY DEFENDANT

## ORDER

The above case is currently scheduled for jury trial sometime during the week of May 23, 2011.

A pretrial conference is scheduled Friday, <u>May 20, 2011 at 1:30 p.m.</u> in Courtroom 4A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas.   Jury selection will begin at 2:00 p.m.

The Court will begin with opening statements on Monday, May 23, 2011.

IT IS SO ORDERED this 5th day of May, 2011.

*James M. Moody*
UNITED STATES DISTRICT JUDGE