IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KRISTINA LEE KELLEY, Individually
and as Personal Administrator for the
ESTATE OF CAITLIN KELLEY FUCHS;
CASI RIGGS AND COURTNEY FUCHS**                                    **PLAINTIFF**

V.                          NO: 4:09CV000894 JMM

**HYUNDAI MOTOR COMPANY;
HYUNDAI MOTOR AMERICA, INC;
and JOHN DOES 3 - 10**                                                              **DEFENDANTS**
                                                                                  **THIRD-PARTY PLAINTIFFS**

V.

**JOSEPH GERKE**                                                 **THIRD-PARTY DEFENDANT**

## ORDER

Pending is Defendants' motion in limine to exclude the testimony of Ralph Scott. (Docket # 77). Having considered the Defendants' motion and the Plaintiffs' response, the Court finds that the motion should be, and hereby is, DENIED.

IT IS SO ORDERED this 16th day of May, 2011.

_James M. Moody_
James M. Moody
United States District Judge

\