IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KRISTINA LEE KELLEY, Individually
and as Personal Administrator for the
ESTATE OF CAITLIN KELLEY FUCHS;
CASI RIGGS AND COURTNEY FUCHS**                                    **PLAINTIFF**

V.                                                 NO: 4:09CV000894 JMM

**HYUNDAI MOTOR COMPANY;
HYUNDAI MOTOR AMERICA, INC;
and JOHN DOES 3 - 10**                                                       **DEFENDANTS**
                                                                    **THIRD-PARTY PLAINTIFFS**

V.

**JOSEPH GERKE**                                              **THIRD-PARTY DEFENDANT**

## ORDER

Pending are the parties' objections to deposition designations and counter-designations. Following a review of the pleadings and the deposition transcripts, the Court finds and orders as follows:

1. Plaintiffs' objections to the Defendants' designations of the deposition testimony of Mark Shellabarger are overruled.

2. Plaintiffs' objections to the Defendants' designations of the deposition testimony of Kay Price are overruled.

3. Defendants' objections to the Plaintiffs' designations of the deposition testimony of Mark Shellabarger are overruled.

4. Defendants' objections to the Plaintiffs' designations of the deposition testimony of Kathi Rogers are overruled.

IT IS SO ORDERED this 1st day of August, 2011.

_____
James M. Moody
United States District Judge