**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KRISTINA LEE KELLEY, Individually
and as Personal Administrator for the
ESTATE OF CAITLIN KELLEY FUCHS;
CASI RIGGS AND COURTNEY FUCHS**                                **PLAINTIFF**

V.                                            NO: 4:09CV000894 JMM

**HYUNDAI MOTOR COMPANY;
HYUNDAI MOTOR AMERICA, INC;**                                 **DEFENDANTS**
                                                              **THIRD-PARTY PLAINTIFFS**

V.

**JOSEPH GERKE**                                              **THIRD-PARTY DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial August 5-16, 2011, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on August 17, 2011, in favor of the defendants.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiffs, Kristina Lee Kelley, individually and as the Personal Administrator for the Estate of Caitlin Kelley Fuchs, Casi Riggs and Courtney Fuchs, take nothing on this complaint against Hyundai Motor Company and Hyundai Motor America, Inc. and the same is hereby dismissed.  Defendants/Third Party Plaintiffs Hyundai Motor Company and Hyundai Motor America, Inc. take nothing on their third party complaint against Third Party Defendant, Joseph Gerke, and it is also dismissed.

Dated this 18th day of August, 2011.

_____
James M. Moody
United States District Judge